IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

---

YVONNE JAKUBOWSKI,

    Plaintiff,

v.

MOSAIC MERCANTILE, INC.,
a Montana corporation, and
HOBBY LOBBY STORES, INC.,
an Oklahoma corporation,
TRIANGLE COATINGS, INC.,
a California corporation, and
MICHAEL YABLON, individually,

    Defendants.

                                    /

Case No.:  1:11-cv-597

Hon. Robert Holmes Bell

---

| | |
|---|---|
| Michelle McLean (P71393)<br>Jeannine L. Bolhouse (P71636)<br>Bolhouse, Baar & Lefere, PC<br>Attorneys for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>(616) 531-7711 | Gary L. Stec (P32234)<br>John R. LaParl, Jr. (P39549)<br>Harvey Kruse, P.C.<br>Attorney for Defendant Hobby Lobby<br>60 Monroe Center, N.W. - Ste. 500B<br>Grand Rapids, MI  49503<br>(616) 771-0050 |

Cleo N. Fekaris (P61731)
Forman Perry Watkins Krutz & Tardy LLP
Attorney for Defendants Mosaic Mercantile,
  Inc. and Michael Yablon
17199 N. Laurel Park Drive, Ste. 314
Livonia, MI  48152
(734) 591-0454

---

**STIPULATION & ORDER OF VOLUNTARY DISMISSAL**

HARVEY KRUSE
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
60 MONROE CENTER NW, SUITE 500 B
SELECT BANK BUILDING
GRAND RAPIDS, MI  49503-2926
616-771-0050

It is hereby stipulated, by and between the parties, that all claims of the Plaintiff as to Defendant Hobby Lobby Stores, Inc., only, are dismissed, with prejudice, and without costs, interest or attorney fees to any party.

| | |
|---|---|
| /s/ Michelle McLean | /s/ John R. LaParl, Jr. |
| Michelle McLean (P71393) | John R. LaParl, Jr. (P39549) |
| Attorney for Plaintiff | Attorney for Defendant Hobby Lobby |

/s/ Cleo N. Fekaris
Cleo N. Fekaris (P61731)
Attorney for Defendants Mosaic Mercantile,
  Inc. and Michael Yablon

## ORDER

At a session of said Court, held in the
State of Michigan on the
____ day of _____, 2012.

PRESENT: Hon. Robert Holmes Bell
United States District Court Judge

In accordance with the above stipulation,

IT IS HEREBY ORDERED that all claims of the Plaintiff as to Defendant Hobby Lobby Stores, Inc., only, are dismissed, with prejudice, and without costs, interest or attorney fees to any party.

Hon. Robert Holmes Bell
United States District Court Judge

**HARVEY KRUSE**
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
60 MONROE CENTER NW, SUITE 500 B
SELECT BANK BUILDING
GRAND RAPIDS, MI 49503-2926
616-771-0050

2