UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE JAKUBOWSKI,

    Plaintiff,

v.                                             File No. 1:11-CV-597

                                               HON. ROBERT HOLMES BELL

MOSAIC MERCANTILE, INC., et al.,

    Defendants.
                                     /

**NOTICE TO PLAINTIFF**

On August 12, 2011, default was entered as to defendant Triangle Coatings, Inc.  Plaintiff has failed to file proposed default judgment pleadings as ordered.  Plaintiff shall do so by **May 14, 2012**.


Date:    April 30, 2012                           /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE