UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE JAKUBOWSKI,

    Plaintiff,

v.                                                          File No. 1:11-CV-597

                                                          HON. ROBERT HOLMES BELL

MOSAIC MERCANTILE, INC., et al.,

    Defendants.
                                       /

**NOTICE OF INTENT TO DISMISS**

Representations were made to this Court at an earlier date that this matter was settled between plaintiff and defendants Mosaic Mercantile, Inc. and Michael Yablon.  It appears from a review of the docket sheet that the promised orders attendant to said settlement have not been forthcoming.

NOW THEREFORE, failure to provide proposed orders effectuating said settlement will result in an order of **DISMISSAL** on **May 14, 2012**.

Date:   April 30, 2012                                    /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE