IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YVONNE JAKUBOWSKI<br>Plaintiff,<br><br>v.<br><br>MOSAIC MERCANTILE, INC.,<br>a Montana corporation, and<br>HOBBY LOBBY STORES, INC.,<br>an Oklahoma corporation,<br>TRIANGLE COATINGS, INC., a<br>California corporation, and<br>MICHAEL YABLON, individually,<br>Defendants.<br>_____/ | HON. ROBERT HOLMES BELL<br>Case No. 1:11-cv-00597-RHB |
| Michelle McLean (P71393)<br>Joel W. Baar (P56796)<br>Bolhouse, Baar & Lefere, PC<br>Attorneys for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive SW<br>Grandville, MI 49418<br>(616) 531-7711<br>joelb@bolhouselaw.com<br>michellem@bolhouselaw.com | Cleo N. Fekaris (P61731)<br>Edwin S. Gault, Jr. (P71870)<br>Forman Perry Watkins Krutz & Tardy LLP<br>Attorney for Mosiac Mercantile Inc. &<br>Michael Yablon<br>17199 N Laurel Park Dr Ste 314<br>Livonia, MI 48152<br>734-591-0454<br>fekariscn@fpwk.co |

### PLAINTIFF'S PETITION TO ENTER DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(2) AGAINST DEFENDANT TRIANGULAR COATINGS INC.

NOW COMES Plaintiff, Yvonne Jakubowski, by and through her attorneys, Bolhouse, Baar, & Lefere PC, and does hereby petition this Honorable Court to enter a Default Judgment against Defendant Triangle Coatings Inc.  Plaintiff seeks a judgment in the amount of $122,266.40 based on the following claims:

| | | |
|---|---|---|
| Medical costs and expenses | (2008-2010) | $1,799.25 |

Future medical costs and expenses  ($600.year x 16 years[1]) . . . . . .   $9,600.00

Costs and reasonable attorney fees (MCL 445.911 and 15 U.S.C. § 2072)

| | |
|---|---:|
| Expert Fee (Lab) | $150.00 |
| Expert Fee (Medical Doctor) | $300.00 |
| Other Costs (See attached) | $1,452.66 |
| Attorney Fees (78.8 hours) | $15,760.00 |

Blue Care Network Insurance Claim                                                 $704.49

Pain and suffering                                                                           $60,000.00

Punitive Damages                                                                         $40,000.00

---

GROSS TOTAL                                                                              $129,823.93

Less Settlement from third parties                                                 -$7,500.00

NET DAMAGES                                                                              $122,266.40

In support of Plaintiff's damages, jury verdicts have been researched and are attached as **Exhibit A, B, and C**. Although there were no cases directly on point, the cases relied upon portray jury verdicts for injuries caused by improper labeling of a consumer product.

In support of this Motion, Plaintiff's affidavit is attached as **Exhibit D** to verify the amount of damages, both economic and noneconomic, that she claims entitled to receive. Her physician's letter to show that she has experienced a higher rate of illness and that she continues to suffer from the exposure is attached as **Exhibit E**. A proposed Judgment for $122,266.40 is attached as **Exhibit F**.

---

[1] The extra medical expense that Plaintiff has incurred as a result of the exposure has averaged $600 per year. She has a life expectancy of 16 years based on the National Vital Statistics Reports, Volume 59, No. 09. (2009).

2

Dated: May 5, 2012

Respectfully submitted,
Bolhouse, Baar & Lefere, P.C.

By: /s/ Michelle M. Mclean
     Michelle M. McLean (P71393)
Attorneys for Plaintiff
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711
michellem@bolhouselaw.com