D

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YVONNE JAKUBOWSKI<br>Plaintiff, | HON. ROBERT HOLMES BELL<br>Case No. 1:11-cv-00597-RHB |
| v. | |
| MOSAIC MERCANTILE, INC.,<br>a Montana corporation, and<br>HOBBY LOBBY STORES, INC.,<br>an Oklahoma corporation,<br>TRIANGLE COATINGS, INC., a<br>California corporation, and<br>MICHAEL YABLON, individually,<br>Defendants.<br>_____ / | |
| Michelle McLean (P71393)<br>Joel W. Baar (P56796)<br>Bolhouse, Baar & Lefere, PC<br>Attorneys for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive SW<br>Grandville, MI 49418<br>(616) 531-7711<br>joelb@bolhouselaw.com<br>michellem@bolhouselaw.com | Cleo N. Fekaris (P61731)<br>Edwin S. Gault, Jr. (P71870)<br>Forman Perry Watkins Krutz & Tardy LLP<br>Attorney for Mosiac Mercantile Inc. &<br>Michael Yablon<br>17199 N Laurel Park Dr Ste 314<br>Livonia, MI 48152<br>734-591-0454<br>fekariscn@fpwk.co |

## AFFIDAVIT OF YVONNE JAKUBOWSKI

I, Yvonne Jakubowski, being first duly sworn, depose and state as follows.

1. I am the Plaintiff in the above action.

2. I have been injured as a result of using an improperly labeled product which was manufactured by Triangular Coatings.

3. Since the original exposure to the product, I have been suffering from bronchial issues, including but not limited to increased incident of bronchitis, continuous coughing, increased sinusitis, and other respiratory issues.

4. I used to do many crafts and now am reticent to undertake these types of activities.

5. Crafts were a big part of my life and now I find I am not able to engage in them without fear that I may be injured by one of the products, especially given that I am hypersensitive to exposure to chemicals.

6. As a result of the coughing issues, there are a number of physical activities that I can no longer do. For example, I used to do a lot of walking and jogging but now I am not able to do these activities.

7. I have developed an extreme sensitivity to chemicals such that exposure to common things like perfumes, paints, cleaning agents, lotions, candles, air fresheners, etc. cause me to have an violent coughing fit.

8. From time to time, as a result of the exposure, I now develop sinus polyps and require heavy doses of steroids and antibiotics.

9. I avoid attending events where I have to be quiet, such as movies, plays, ballets, operas, etc. because my coughing fits, once started, are unstoppable and disruptive.

10. I have been rushed to emergency once because the coughing fit would not stop.

11. I recently had a coughing fit and it interfered with my ability to enjoy and attend my grandchild's grandparents' day celebration.

12. I am depressed about the deterioration in my health as a result of the exposure to the product.

13. I am anxious that the exposure to the product may increase my chances of getting cancer.

14. I am saddened because my physical condition affects my relationship with my husband; we used to be very physically active and are no longer able to do so.

15. To date, my economic damages have been:

    Medical Costs                          $1,799.25

| | |
|---|---|
| Future Medical Costs ($600 x16 years) | $9,600.00 |
| Expert Fee (Lab) | $150.00 |
| Expert Fee (Medical Doctor) | $300.00 |
| Blue Cross Insurance Claim | $704.49 |
| Other Misc. Costs | $1,452.66 |
| Attorney Fees (78.8 hours) | $15,760.00 |

16. I believe damages for my pain and suffering should be $60,000 and to punish the Defendant for its negligence $40,000.

17. I received a settlement from Mosaic and Michael Yablon in the amount of $7,500.00.

18. I am asking for a Judgment against Triangular Coatings Inc. in the amount of $122,266.40.

19. I make this Affidavit based on my personal knowledge of the facts stated herein; if called to testify, I could do so competently.

20. Further Affiant sayeth not.

Dated: May 14, 2012

_Yvonne Jakubowski_
Yvonne Jakubowski

STATE OF MICHIGAN   )
                    )ss
COUNTY OF KENT      )

Acknowledged before me in Kent County, Michigan, on May 14, 2012, Yvonne Jakubowski.

_Bonnie Sytsma_
Bonnie Sytsma
Notary Public, State of Michigan, County of Kent
My Commission Expires: December 15, 2012

3