United States District Court
for the
Western District of Michigan

| | |
|---|---|
| YVONNE JAKUBOWSKI,<br><br>    Plaintiff<br><br>v.<br><br>MOSAIC MERCANTILE, INC.,<br>a Montana Corporation, and<br>HOBBY LOBBY STORES, INC.,<br>An Oklahoma Corporation,<br>TRIANGLE COATINGS, INC., a<br>California Corporation and<br>MICHAEL YABLON, individually,<br><br>    Defendants. | Civil Action No. 1:11-cv-00597-RHB<br><br>Hon. Robert Holmes Bell |

| | |
|---|---|
| Michelle McLean (P71393)<br>Jeannine L. Bolhouse (P71636)<br>Bolhouse, Baar & Lefere, PC<br>Attorneys for Plaintiff<br>Grandville State Bank Building<br>3996 Chicago Drive SW<br>Grandville, MI  49418<br>(616) 531-7711 | Cleo N. Fekaris (P61731)<br>Forman Perry Watkins Krutz & Tardy LLP<br>Attorney for Defendants Mosaic Mercantile,<br>Inc. and Michael Yablon<br>17199 N. Laurel Park Drive<br>Suite 314<br>Livonia, MI  48152<br>(734) 591-0454 |

### STIPULATION
### and
### ORDER TO AMEND THE COURT'S ORDER OF DISMISSAL

It is hereby stipulated, by and between the parties, that the Court's order dated May 15, 2012 be amended to reflect dismissal with prejudice as to Defendants Mosaic Mercantile, Inc. and Michael Yablon, Individually, and without costs, interest or attorney fees to any party to comport with the settlement agreement of the parties.

_____  w/permission /cNF
Michelle McLean (P71393)
Attorney for Plaintiff

_____
Cleo N. Fekaris (P61731)
Attorney for Defendants Mosaic Mercantile, Inc. and Michael Yablon

Dated: May 15, 2012

### ORDER

At a session of said Court, held in the State of Michigan on the

_____, 2012.

Present: Hon. Robert Holmes Bell
United States District Court Judge

In accordance with the above stipulation.

**IT IS HEREBY ORDERED** that the Court's Order of Dismissal dated May 15, 2012 as to Mosaic Mercantile, Inc. and Michael Yablon, is amended to reflect dismissal with prejudice and without costs, interests or attorney fees to any party to comport with the parties settlement agreement.

**IT IS FURTHER ORDERED** that this Order does not resolve the last pending claim and does not close this case.

_____
Hon. Robert Holmes Bell
United States District Court Judge

United States District Court
for the
Western District of Michigan

| | |
|---|---|
| YVONNE JAKUBOWSKI,<br><br>   Plaintiff<br><br>v.<br><br>MOSAIC MERCANTILE, INC.,<br>a Montana Corporation, and<br>HOBBY LOBBY STORES, INC.,<br>An Oklahoma Corporation,<br>TRIANGLE COATINGS, INC., a<br>California Corporation and<br>MICHAEL YABLON, individually,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:11-cv-00597-RHB<br>)<br>) Hon. Robert Holmes Bell<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

Michelle McLean (P71393)
Jeannine L. Bolhouse (P71636)
Bolhouse, Baar & Lefere, PC
Attorneys for Plaintiff
Grandville State Bank Building
3996 Chicago Drive SW
Grandville, MI 49418
(616) 531-7711

Cleo N. Fekaris (P61731)
Forman Perry Watkins Krutz & Tardy LLP
Attorney for Defendants Mosaic Mercantile,
Inc. and Michael Yablon
17199 N. Laurel Park Drive
Suite 314
Livonia, MI 48152
(734) 591-0454

---

## PROOF OF SERVICE

Rebecca Alcantar says that on the __15__ day of May, 2012, she served a copy of the Stipulation & Order of Dismissal reflecting same along with this Proof of Service on counsel of record via PACER and by placing same in envelope(s) properly addressed to:*Michelle McLean, Esq. Bolhouse, Baar & Lefere, P.C. 3996 Chicago Drive, SW Grandville, MI 49418 and depositing the said envelope(s) in the United States mail, postage thereon fully prepaid.

I hereby declare that the statement above is true to the best of my knowledge, information and belief.

                      /s/ R. Alcantar
                      Rebecca Alcantar