IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

YVONNE JAKUBOWSKI
    Plaintiff,

v.

MOSAIC MERCANTILE, INC.,
a Montana corporation, and
HOBBY LOBBY STORES, INC.,
an Oklahoma corporation,
TRIANGLE COATINGS, INC., a
California corporation, and
MICHAEL YABLON, individually,
    Defendants.
_____/

HON. ROBERT HOLMES BELL
Case No. 1:11-cv-00597-RHB

Michelle McLean (P71393)
Joel W. Baar (P56796)
Bolhouse, Baar & Lefere, PC
Attorneys for Plaintiff
Grandville State Bank Building
3996 Chicago Drive SW
Grandville, MI 49418
(616) 531-7711
joelb@bolhouselaw.com
michellem@bolhouselaw.com

Cleo N. Fekaris (P61731)
Edwin S. Gault, Jr. (P71870)
Forman Perry Watkins Krutz & Tardy LLP
Attorney for Mosiac Mercantile Inc. &
Michael Yablon
17199 N Laurel Park Dr Ste 314
Livonia, MI 48152
734-591-0454
fekariscn@fpwk.co

## DEFAULT JUDGMENT AGAINST DEFENDANT TRIANGULAR COATINGS INC.

At a session of said Court held in the United States District Court-Western District of Michigan,

on _____, 2012.

PRESENT: HON. ROBERT HOLMES BELL

This matter having been brought before the Court on Plaintiff's Petition for a Default Judgment against Defendant Triangular Coatings, Inc., pursuant to Rule 55(b)(2), and the Court having considered the evidence submitted with Plaintiff's Petition and having taken testimony at a hearing on May 3,1 2012, and the Court being otherwise fully advised in the premises, NOW

THEREFORE:

IT IS HEREBY ORDERED that a Default Judgment shall be and hereby is entered against Defendant Triangular Coatings Inc. and for Plaintiff Yvonne Jakubowski in the amount of $80,000 pursuant to Rule 55(b)(2), exclusive of interest from the date of filing.

Pursuant to Rule 54(b), this Judgment resolves the last pending claim between the all parties.

Date:_____

_____
HON. ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE