UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE JAKUBOWSKI,

      Plaintiff,

                                                  File No. 1:11-cv-597

v.

                                                  HON. ROBERT HOLMES BELL

MOSAIC MERCANTILE, INC., et al.,

      Defendants.
                                          /

## AMENDED DEFAULT JUDGMENT

This matter having been brought before the Court on Plaintiff's petition for a default judgment against Defendant Triangle Coatings, Inc., pursuant to Rule 55(b)(2), and the Court having considered the evidence submitted and having taken testimony at a hearing on May 31, 2012, and the Court being otherwise fully advised in the premises:

**DEFAULT JUDGMENT** is hereby entered against Defendant Triangle Coatings Inc. and for Plaintiff Yvonne Jakubowski in the amount of $80,000 pursuant to Rule 55(b)(2), exclusive of interest from the date of filing.

Dated: August 9, 2012                                    /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE