# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 23, 2013

Mr. Joel W. Baar
Bolhouse, Baar & Lefere
3996 Chicago Drive, S.W.
Grandville, MI 49418

Ms. Eugenie Bauman Eardley
Eardley Law
P.O. Box 830
Cannonsburg, MI 49317

Ms. Stephanie Kae Tuttle
Bolhouse, Baar & Lefere
3996 Chicago Drive, S.W.
Grandville, MI 49418

Re: Case No. 13-2233, *Yvonne Jakubowski v. Mosaic Mercantile, Inc., et al*
Originating Case No. : 1:11-cv-00597

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator
Direct Dial No.

cc:  Ms. Tracey Cordes

Enclosure

No mandate to issue

Case No. 13-2233

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

YVONNE JAKUBOWSKI

    Plaintiff - Appellee

v.

MOSAIC MERCANTILE, INC.; HOBBY LOBBY STORES, INC.; MICHAEL YABLON

    Defendants

and

TRIANGLE COATINGS, INC.

    Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                   **ENTERED PURSUANT TO RULE 33,**
                                   **RULES OF THE SIXTH CIRCUIT**
                                   Deborah S. Hunt, Clerk

Issued: December 23, 2013

                                   _____